■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MANUELA MORGADO, Appellant. [39 NYS3d 839]—Appeal by the defendant from a judgment of the Supreme Court, Westchester County (Molea, J.), rendered December 5, 2014, convicting her of murder in the second degree, upon her plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that her plea of guilty was not knowingly or voluntarily entered is unpreserved for appellate review because she did not move to vacate her plea or otherwise raise this issue before the Supreme Court (*see* CPL 470.05 [2]; *People v Jackson*, 114 AD3d 807 [2014]; *People v Folger*, 110 AD3d 736 [2013]; *People v Smith*, 43 AD3d 474, 475 [2007]). Contrary to the defendant's contention, the exception to the preservation requirement does not apply here because the plea allocution did not cast significant doubt on the defendant's guilt, negate an essential element of the crime, or call into question the voluntariness of her plea (*see People v Davis*, 24 NY3d 1012, 1013 [2014]; *People v Lopez*, 71 NY2d 662, 666 [1988]). In any event, the record establishes that the defendant's plea was knowingly, voluntarily, and intelligently entered (*see People v Seeber*, 4 NY3d 780, 781 [2005]; *People v Anlyan*, 142 AD3d 670, 671 [2016]). Dillon, J.P., Hall, Sgroi, Miller and Brathwaite Nelson, JJ., concur.